IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:14-CV-00161-FL

| | |
|---|---|
| GWENDOLYN JACKSON PINNIX and WARREN IVAN JACKSON, EXECUTORS OF THE ESTATE OF DAVID W. JACKSON SR., <br><br>  Plaintiffs, <br><br> v. <br><br> SSC SILVER STREAM OPERATING COMPANY LLC, <br><br>  Defendants. | **ORDER** |

**THIS CAUSE** having come on to be heard upon the Motion of the Defendant that the parties be relieved from moving for a HIPAA-Qualified Protective Order no later than August 19, 2015; the Defendant having informed opposing counsel and the Court that no documents relating to any accident or injury sustained by any resident in the nursing home related to the handicap ramp at issue in this case in the two years prior to July 21, 2013;

**IT IS, THEREFORE, ORDERED** that the parties be relieved of filing a HIPAA-Qualified Protective Order.

**SO ORDERED,** this, the _____19th_____ day of August, 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE