IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:14-cv-00161-FL

| GWENDOLYN JACKSON PINNIX and WARREN IVAN JACKSON, EXECUTORS OF THE ESTATE OF DAVID W. JACKSON SR., Plaintiffs, v. SSC SILVER STREAM OPERATING COMPANY LLC Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL** |
|---|---|---|

On this date came on to be considered the Motion to File Document Under Seal filed by the Defendant, SSC Silver Stream Operating Company, LLC. Upon consideration, the Court finds good cause to grant the Motion.

It is therefore ordered that Exhibit 1 to Defendant's Response to Plaintiffs' Motion to Compel Arbitration and Stay Proceedings shall be submitted and kept under seal.

SO ORDERED, this, the 31st day of August, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge