IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLNA
SOUTHERN DIVISION

**FILED**

**SEP 1 8 2017**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

GWENDOLYN JACKSON PINNEX and §
WARREN IVAN JACKSON, §
EXECUTORS OF THE ESTATE OF §
DAVID W. JACKSON, SR., §
§
        Plaintiffs, §
§    NO:7:14-cv-161-LWF
§
v. §
§
SSC SILVER STREAM OPERATING §
COMPANY, LLC §
§
        Defendants. §

## Order Granting Plaintiffs' Motion to Direct US Marshal's Service to Service Trial Subpoena On Melissa Sullivan

On this date came on to be heard Plaintiffs' Motion to Direct United States Marshal's Service to Serve Trial Subpoena on Melissa Sullivan.

The Court is of the opinion that the Motion is well-taken and should in all respects be granted.

The Court hereby orders Plaintiff's counsel to forward to the United States Marshal's Service a trial subpoena for Melissa Sullivan and check made payable to the witness in an amount necessary to cover the daily witness fee and the witnesses' mileage.

The United States Marshal's Service shall serve Melissa Sullivan at her current address, last known to be 429 4th Ave. N., Kure Beach, NC 28449.

SO ORDERED this _5__ day of _September_, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE