UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GWENDOLYN JACKSON PINNIX, )
Executor of the Estate of David W. Jackson, )
Sr., and WARREN IVAN JACKSON, )
Executor of the Estate of David W. )
Jackson, Sr. )
       Plaintiffs, )
        ) JUDGMENT
  v. )
        ) No. 7:14-CV-161-FL
SSC SILVER STREAM OPERATING )
COMPANY, LLC, )
        )
       Defendant. )

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED AND DECREED,** that the Plaintiff has established by the preponderance of the evidence that Defendant breached its corporate duties owed to David W. Jackson Sr and that Defendant's breach of its corporate duties proximately caused the death of David W. Jackson. Sr. Plaintiff has failed to prove by the preponderance of the evidence that the death of David W. Jackson, Sr, proximately caused by the negligence of Defendant, was grossly negligent, in reckless disregard of the rights of others, or malicious. Therefore, Plaintiffs are entitled to recover of Defendant in the amount of $13,109.45 in compensatory damages and shall bear interest at the legal rate.

**This Judgment Filed and Entered on October 5, 2017, and Copies To:**

Stephen J. Gugenheim (via CM/ECF Notice of Electronic Filing)
Hunter C. Carroll (via CM/ECF Notice of Electronic Filing)
Leon Carl. Hagwood (via CM/ECF Notice of Electronic Filing)


October 5, 2017                    PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk