UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GWENDOLYN JACKSON PINNIX, ) | |
| Executor of the Estate of David W. Jackson, ) | |
| Sr., and WARREN IVAN JACKSON, ) | |
| Executor of the Estate of David W. ) | |
| Jackson, Sr. ) | |
|     Plaintiffs, ) | |
| ) | AMENDED JUDGMENT |
|   v. ) | |
| ) | No. 7:14-CV-161-FL |
| SSC SILVER STREAM OPERATING ) | |
| COMPANY, LLC, ) | |
| ) | |
|     Defendant. ) | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED AND DECREED,** where Defendant breached its corporate medical duties owed to David W. Jackson Sr and such breach proximately caused the death of David W. Jackson. Sr., but no non-economic damages were found, Plaintiffs shall have and recover of Defendant only economic damages in the amount of $13,109.45, with interest at the rate of 8% per annum from and after August 6, 2014, date of filing of complaint, up to and until date of entry of judgment, and thereafter at the legal rate until paid in full.

**This Judgment Filed and Entered on October 6, 2017, and Copies To:**

Stephen J. Gugenheim (via CM/ECF Notice of Electronic Filing)
Hunter C. Carroll (via CM/ECF Notice of Electronic Filing)
Leon Carl. Hagwood (via CM/ECF Notice of Electronic Filing)


October 6, 2017                        PETER A. MOORE, JR., CLERK
                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk