IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| GWENDOLYN JACKSON PINNIX and WARREN IVAN JACKSON, EXECUTORS OF THE ESTATE OF DAVID W. JACKSON SR., Plaintiffs, v. SSC SILVER STREAM OPERATING COMPANY LLC, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:14-cv-00161-FL |
|---|---|---|

## ORDER ON MOTION TO FILE UNDER SEAL

Having considered SSC Silver Stream Operating Company LLC d/b/a Silver Stream Health and Rehabilitation Center's Motion requesting that its Response to Plaintiff's Motion for New Trial ("Response") be sealed and the fact that the Response discusses and attaches protected medical information, this Court finds that there is no appropriate alternative to filing the Response under seal. As such, this Court hereby ORDERS that the Motion is due to be and hereby is GRANTED.

Done, this the  27th  day of October, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge