UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN JACKSON PINNIX | ) | |
| *Executor of the Estate of David W.* | ) | |
| *Jackson, Sr.* And WARREN IVAN | ) | |
| JACKSON, *Executor of the Estate of* | ) | |
| *David W. Jackson, Sr.* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:14-CV-161-FL |
| SSC SILVER STREAM OPERATING | ) | |
| COMPANY, LLC | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before Peter A. Moore, Jr., Clerk of Court for consideration of plaintiffs' second motion for bill of costs, motion for disallowance of defendant's costs, defendant's motion for bill of costs and motion for disallowance of plaintiffs' costs.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion for bill of costs and motion for disallowance of defendant's costs are GRANTED. Defendant's motion for bill of costs and motion for disallowance of plaintiffs' costs are DENIED. It is ordered that costs in the amount of $9,631.14 are taxed against defendant SSC Silver Stream Operating Company, LLC.

**This Judgment Filed and Entered on September 26, 2018, and Copies To:**
Stephen J. Gugenheim  (via CM/ECF Notice of Electronic Filing)
Hunter C. Carroll, Leon Carl Hagwood / Jacob O. Malatesta / Amy E. Oleksa (via CM/ECF Notice of Electronic Filing)

September 26, 2018.              PETER A. MOORE, JR., CLERK


                                 /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk